[No. 18605-9-III. Division Three. October 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRIS M. CLOUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 99-1-00020-1, John M. Lyden, J., entered July 7, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 18725-0-III. Division Three. October 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST JAMES FINNIE, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00073-5, Michael E. Donohue, J., entered August 20, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 17840-4-III. Division Three. October 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY KEITH GARDNER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-02071-0, Richard J. Schroeder, J., entered September 1, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 24055-6-II. Division Two. October 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON C. STYMACKS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 98-1-00030-9, James B. Sawyer II, J., entered November 19, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.